United States District Court
Southern District of California
880 Front St.
Room 4290
San Diego, Ca. 92101-8900

08 JUN 2 PH 12: 10

BY: EU DEPUTY

'08 CV 0976 WQH CAB

Eufemia Alamo Ramirez
Plaintiff

V.

Federal Bureau of Prisons
Western Regional Office
Defendant

From: Metropolitan
Correctional Center
801 Union St.
San Diego, Ca.
92101

To: Federal Bureau of Prisons
Western Regional Office
7338 Shoreline Drive
Stockton, Ca.
95219

CR

1   YOUR NAME *Eufernia Alamo Ramirez - 95284-198*
    YOUR ADDRESS *808 Union St. San Diego, Ca. 92101*
2   YOUR TELEPHONE NUMBER
3   *619- 414- 7738,*
    *message telephone*
4

5

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA
                (Must start on line 8 or below)
10

11  *Eufernia Alamo Ramirez*
12       *Plaintiff*                    '08 CV 0976 WQH CAB
13         -v-
                                         Case No._____
14  *Federal Bureau of*                    (To be assigned at time of filing)
          *Prisons*
15  *Western Regional Office*
                                         COMPLAINT FOR (Brief description of document)
16

17
    Plaintiff alleges:  *I sustained noticeable permanent de-*
18  *formity, loss of maximum function of my*
19  *left forearm, and continued pain and dis-*
20  *comfort due to a fall June 27, 2006 at*
    *metropolitan Correctional Center, 801 Union*
21  *St., San Diego, California, 92101.*
22
              *I fell on a walkway on a heavy, thick*
23  *slippery wax stripper applied on the floor.*
24  *The walk way was smeared with thick che-*
25  *mical solute adjacent to the work area*
26  *and I slipped with my body sprawling on*
27  *the pool of slippery thick wax stripper, my*
28
    ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

jumpsuit was sopped with thick chemical solute. I used my left hand and forearm to brace my head from a sudden fall to the floor. The orderlies assigned to the job were absent leaving the work area unattended. Their purpose was to allow time for the thick chemicals to dissolve the old wax. There was no sign of "wet floor" on the stairway coming down to the walk way. Since then Metropolitan Correctional Cents changed their wax stripper brand to a liquid stripper.

My forearm continued to ache especially during the night and I continued to be prescribed Naproxen tablet to allay my discomfort. I lost full strength of my forearm and I tend to favor my right forearm when I had to do things to save my injured arm of discomfort.

I was ordered by the doctor physical therapy but was not provided since the facility was not able to provide me access to the physical therapist.

I therefore sought remuneration due to the facility's neglect that caused my lifetime suffering and deformity.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**

WESTERN REGION OFFICE
7950 DUBLIN BLVD.
THIRD FLOOR
DUBLIN, CA 94568

**2. Name, Address of claimant and claimant's personal representative, if any.** *(See instructions on reverse.) (Number, street, city, State and Zip Code)*

Eufemia Alamo Ramirez   95287-198
Metropolitan Correctional Center
808 Union St.,
San Diego, Ca., 92101

| 3. TYPE OF EMPLOYMENT ☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH 9/14/1936 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT June 27, 2006 | 7. TIME (A.M. OR P.M.) 1:00 pm |
|---|---|---|---|---|

**8. Basis of Claim** *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)*

Fell on the walkway and dragged to the heavily application of wax remover solution floor. My back of my uniform was sapped with the solution. I used my forearm to brace my head from hitting against the cement; sustained a left distal radial fracture. My whole arm had severe swelling and hematoma for days. I waited 5 days for the cast to be applied to immobilize my arm. Some inmates have dragged wax stripper to the walkway which made me stepped which caused my fall. This happened at the Metropolitan Correctional Center of San Diego. Eufemia Alamo Ramirez-injured party.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Fractured of the left distal radial forearm. Sustained swelling, hematoma, and severe pain. Still having some pain, continued to be on pain medication.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Nancy Soria | 808 Union Street, San Diego, Ca. 92101 |

**12. (See instructions on reverse)          AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| N/A | $60,000.00 | N/A | $60,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Eufemia Alamo Ramirez | 13b. Phone number of signatory 619-475-8932 | 14. DATE OF CLAIM July 13, 2007 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

Eufemia Alamo Ramirez
Metropolitan Correctional Centr
808 Union St., San Diego,
California, 92101

## Billing Statement

Permanent Deformity with pain        $30,000.00

Loss of function of my left
arm for life                         $30,000.00

Pain and suffering for life          $30,000.00
                                     _____
                        Total        $90,000.00

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF *Incident Report*

| TO: (Name and Title of Staff Member) | DATE: June 27, 2006 |
|---|---|
| FROM: Eufemia Alamo Ramirez | REGISTER NO. 95287-198 |
| WORK ASSIGNMENT: | UNIT: 5 E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

June 27, 2006 @ 1:00 pm I was making my
regular walking exercise. I was in range 4 and I
noticed sign of caution close to doors of the rooms
with wax stripper on the floor; job unattended; and some
of the wax stripper had been dragged to the walk way
area especially going to the telephone area. I happen
to step on that small spot and threw me off balance.
I landed on my whole weight on a tiled cement my
left hand and arm

Officer on duty- Mr. Neri (Do not write below this line)                    over

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP).

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

# SECTION 6

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) | DATE: June 28, 2006 |
|---|---|
| Mr. Sure — Warden | |
| FROM: Eufemia Ramirez | REGISTER NO.: 95289 198 |
| WORK ASSIGNMENT: | UNIT: 5 E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. I had a broken arm due to a fall June 27, 2006
at 1:00 p.m. X-ray confirmed as fractured. I took my prescribed
pain medication at 8:00 p.m. but the pain was so excruciating I was
not able to sleep. My arm was swollen. I was going to take
tylenol to assist with the motrin and icepack. I watched for the
CO at about 2:00 a.m. but unable to spot him. I waited at 5:00 a.m.
when some ladies have to go to court. I knocked at the window
and the Co was notified. I motioned to open to get ice; get
assistance to open my tylenol bottle, and maybe peel my apple
so I can take my pill with food. Mr. Zin on duty said, "no
you cannot be out until 6:00 a.m. You have to wait." I said but
(Do not write below this line)

DISPOSITION:

I am in pain." He said "It is not my fault that you are
in jail." I had no sleep and was in pain that night.
Actually I was the wrong person for this comment since
U.S. has no case with me. I had not done unlawful
offense with U.S. I am just cooperating with extradition process to
Mexico.     In due respect, I just kept quiet. This suffering was due
to slippery floor of MCC. I do not feel I deserve this dis-
respect with this suffering.     thanks, Eufemia Ramirez
only

| Signature Staff Member  Copy only | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP).

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**SECTION 6**

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

RESPONSE TO INMATE REQUEST TO STAFF MEMBER

INMATE RAMIREZ, EUFEMIA ALAMO
REGISTER NUMBER: 95287-198
UNIT: CORONADO
FLOOR: E-UNIT

This is in response to your Inmate Request to Staff Member dated
June 28, 2006, in which you state the unit officer refused to allow
you out of your cell to take prescribed medication. Specifically,
you claim that on the morning of June 27, 2006, at approximately
5:00 a.m., you knocked on your cell door in an effort to get the
staff members attention. When the staff member came to the door,
you requested to be allowed out of your cell and be permitted to
each breakfast early. This would allow you to take your pain
medication, Motrin and Tylenol, for a fractured arm. You stated
the staff member refused to allow you out of your cell and informed
you that you would have to wait until 6:00 a.m.

A review of your allegation reveals you were prescribed Motrin by
medical staff at this facility for the pain in your arm. Medical
staff indicated there was no reason for you to be permitted out of
your cell prior to 6:00 a.m. on the morning of June 27, 2006. The
Motrin could have been taken after this time period. You were not
issued a prescription for Tylenol as mentioned in this request.

Therefore, there is insufficient evidence to support your claim
that staff acted unreasonable by not allowing you out of your cell
prior to 6:00 a.m.

If you are not satisfied with this reply, you may submit an appeal
through the Administrative Remedy Program within 20 days of the
date of this response.

I trust this addresses your concerns.


_____                    7- 10-0 6
R.T. Luna                                   Date
Warden, MCC San Diego

July 26, 2006

Mr. RT Luna
Warden, MCC San Diego

COPY only

Dear Sir:

I received your letter dated July 10, 2006 yesterday 7/25/2006, in response to my complaint regarding my request for assistance to relieve me of pain on my left arm as a result of a fall June 27, 2006. My arm and hand were swollen, with hematoma and very painful.

My request was to get one of the inmates preparing for court to assist me with opening of the Tylenol bottle, peel my apple, and fill up my bag with ice.

I was prescribed motrin 3 times a day which was scheduled 8:00 Am; 12:00 noon and 8:00 pm. Between 12 midnight to 8:00 A.m. a span of 8 hours - there was no motrin coverage but Tylenol which was also prescribed to me for discomfort. At 2:00 A.m. the pain was getting intense. I waited until 5:00 A.m. hoping I can get one of the inmates to assist. Tylenol bottle cap needed to be pushed down while turning the bottle at the same time. I tried to do this between my knees but no success. I called for assistance with my small tray containing Tylenol, small apple and a plastic bag for the ice on my right hand and courteously requested

to have one of the ladies assist me. I was told to wait until 6:00 A.M.; I courteously said "I am in pain and needed assistance." The officer said, "No, it is not my fault that you are in jail." This was said loud within the hearing of the two inmates on both sides of the room I was in. I did not ask for breakfast. All I need was an apple to be peeled to munch and eat with my medications; opening the bottle of tylenol and some ice. If opening my door would take another hour I would have gladly waited in pain but not to be told that it was my fault to be in jail. In the first place my being here is not because I disobeyed the US Law.

You officer did what he needed to do. He did not disobey the rules and regulations and this I do not question. I also have the right to relieve me of my pain. I was terribly suffering during that time. I did not ask anyone to bend the regulations if that's the rule but I distaste the comment "it is not my fault that you are in jail." This was not necessary.

All your officers who worked here for 3 and a half months, long time were doing what they are supposed to do. It is probably one in a thousand times that an inmate got injured in the facility and in pain like what I had to go through.

This is not a letter of appeal but
to clarify points which was contrary to
my original letter.

I will greatly appreciate to close
this issue.

Very Sincerely yours,

Eugenia Fleming

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

BP-A148.055
SEP 5B

INMATE REQUEST TO STAFF

TO: (Name and Title of Staff Member)

Mr. Sura, Warden

DATE: June 28, 2006

FROM: Eugenia Ramirez

REGISTER NO.: 95287  198

WORK ASSIGNMENT:

UNIT: 5 E

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. I had a broken arm due to a fall June 27, 2006
at 1:00 pm. X'ray confirmed as fractured. I took my prescribed
pain medication at 8:00 pm. but the pain was so excruciating
I was not able to sleep! My arm was swollen. I was going to
take tylenol to assist with the motrin and icepack. I watched for the
co at about 2:00 p.m. but unable to spot him. I waited at 5:00
when some ladies have to go to court. I knocked at the window and
the co was notified. I motioned to open to get ice, get assistance
to open my tylenol bottle, and maybe peel my apple so I can take
my pill with food, Mr. Zin on duty said, no you cannot
be out until 6:00 a.m. I said courteously, "I am in pain and arm swollen."
He said "It is not my fault that you are in Jail!"   due

DISPOSITION:

my copy

Signature Staff Member

Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP).

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**SECTION 6**

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

actually, I was the wrong person for this comment
since US has no case with me, I had not done
unlawful offense with US - rather Mexico which I am
fighting for this - (extradition)

In due respect, I just kept quiet. This suffering
was due to slippery floor in MCC. I do not feel
I deserve this disrespect with this suffering.

Thanks,
Eugenia Ramirez

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

INMATE INJUR. SSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| MCC SDC | Ramirez Eufunia | 95287-198 |

| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
|---|---|---|
| Nursing ned | 5 S | 6/27/06   1300 |

| 7. Where Did Injury Happen *(Be specific as to location)* | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| 5 S | ☐ Yes   ☒ No | 6/27/06   1400 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

The floor was wet which I did not see I fell just on my side and used my forearm to brace my height; I was flat on the floor with all my weight

Eufemia G. Ram

*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

X-Rays Taken ☑ required    Not Indicated _____

X-Ray Results

⊕ swelling on the

Ⓛ distal third of the Forearm ⊕ pain on movement of the Ⓛ wrist

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

R/O Fracture of the Wrist

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Splint applied     motrin 800mg
for X-ray Ⓛ forearm.  one tab 3x 1 d
Zantac 150mg one tab 2x a d

**13. This Injury Required:**

☐ a. No Medical Attention
☑ b. Minor First Aid
☑ c. Hospitalization
☐ d. Other *(explain)*

_____
_____

☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

A. Tolentino, MD
JUL 1 4 2006
MCC SAN DIEGO

VIRGILIO CAMAGAY, MLP
MCC SAN DIEGO
J. _____
*Signature of Physician or Physician Assistant*

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

METROPOLITAN CORRECTIONAL CENTER
808 UNION STREET
SAN DIEGO, CA 92101

BP-362(60)

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF - *Incident Report*

| TO: (Name and Title of Staff Member) | DATE: June 27, 2006 |
|---|---|
| FROM: Eufemia Ramirez | REGISTER NO: 95287-198 |
| WORK ASSIGNMENT: | UNIT: 5 E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

June 24 2006 @ 1:00 p.m. I was making my regular walking exercise. I was in Range 4 end. I noticed barricade between about 2 feet along the rooms with wax water and soap; somehow some of the soap and wax stripper water could have been dragged outside the barricaded area by the occupants. I happened to step on that small space and threw me off balance. I landed my whole weight on the tiled cement with my hand and arm officer - Mr. Neri -

(Do not write below this line)

DISPOSITION:

I did not witness Mrs. Eufemia Ramirez fell since the place was not attended by the workers but I assisted her to get up from the floor where she sprawled flat on the floor. She was in pain; reported to Mr. Neri the Correctional officer immediately. Medical was called on emergency. The severe pain was on the left arm.

X Nancy Doria

| | | |
|---|---|---|
| Signature Staff Member | | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP).

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**SECTION 6**

breaking my fall from the

the tiled floor. There were no attendants on that work area and I felt without anyone. I sat up and called for help. Luckily, Nancy Soria came to help me up to get to the stairway. She called for the office. I was in severe pain but was in a state of shock on how fast I fell sprawling on the floor. I realized my left forearm and hand were in pain. Then it started swelling. I grabbed the bag of ice to pack the hurt area and took 2 tylenols to allay the pain. I was brought to Medical floor, X-rayed, splinted and provided sling to keep my forearm and hand on up-right position. There was hematoma on the lateral aspect of my forearm. Ibuprofen 800 mg. 3 x a daily was prescribed with Zanax 1 tablet twice a day for my stomach since I had history of gastric ulcer. Had general body aches.

The prescribed medications helped with the day pain but the night pain was still persistent. I tried to use tylenol 1 tabs q 4 hours to supplement.

June 28, 2006. I did not sleep all night due to pain; trying to pack with ice but no ice was available during evening. Swelling increased and black and blue hematoma on the medial aspect of the forearm.

June 29, 2006. In the afternoon I sent a call sick request since there was no follow-up to my arm.

Alvarado Sport's Clinic for re-evaluation: review of the X ray and extent of the forearm injury. It was decided no surgical was necessary. Plaster cast was applied; able to move fingers and thumb. It still hurts swelling still present and pain upon movement of fingers; exercise done within the hour after taking pain medications.

July 1, 2002. Cast mobilization helped in the reduction of pain but continued to swelling and bone pain.

July 2, 2006 continued to take pain pill as prescribed; swelling on left thumb (base) to tolerance.

July 3, 2006 - exercise on fingers started;

July 4, 2006. Finger pain on the injured arm; suspended arm on a sling;

July 6, 2006 - Arm re-X rayed. Pain subsiding but still uncomfortable

July 10, 2006 - US Marshall brought me to Alvarado sport Clinic for Dr. Meyer to re-examine the broken arm. Series of X rays were done; Prescribed Tylenol prn for pain; scheduled to be seen in 6 weeks.

July 15, 2006 - Unable to use fingers freely. exercise only when pain medication takes effect.

July 30, 2006 - still on Motrin 3x a day and Tylenol during the night.

Aug 5, 2006 - The whole arm still hurts upon arm rotation.

Aug 9, 2006 - cast in the arm holding on; pain in the arm on rotation; circulation shows some improvement.

September 5, 2006 the cast was removed. The arm started to
having pain again. The forearm continued to be elevated.
Not in normal position. Hurts upon motion. Physical
Therapy was ordered but unable to go to Professional since
there is no transportation arranged. Do Self therapy.
October 2006 Pain medications renewed.

January 2007- Due to cold weather, spasm of the arm per-
sist. Medical Deaprtment notified.


Bone healed but the deformity is still present.

Pain is maintained by the pain medications.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6 | 6 | 06 | S: See Injury Report. |

DATE/TIME

0930

Are you in pain? (Yes) / No    If yes answer the following:

Intensity:    1  2  3  4  5 (6) 7  8  9  10   (circle one)

Location:

Quality / Pattern of Radiation:

Onset, Duration and Pattern:

Impact on Daily Living:

Alleviating & Aggravating Factors:

Pain Hx. :

O: See injury report.

A: See Injury Report.

P: See Injury Report.

*Lower back studies*

*Tylenol 325 mg   2 tabs   3x a day   OTC*

*#24*

Patient educated on Medication(s) per protocol.
Comprehension level is satisfactory. OR
Not Satisfactory Referred for additional
education

**Virgilio D. Camagay
Physician Assistant**

JUN 0 7 2006    *FOIA/PRIVACY ACT
SENSITIVE*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)*

Ramirez, Eufemia
95287-198
a|14|36

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
METROPOLITAN CORRECTIONAL CENTER

Telephone Area

door

Wet floor sign

dry

dry

Dry

dry

dry

Range 4

dry

dry

door

door

door

Stairways

No Sign

The jb is not attended

No warnings when I fell; the jb was not attended.

Dan Ramirez

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

### Eufemia Almo Ramirez

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Pro Se

**DEFENDANTS**

### Federal Bureau of Prisons, Western Regional Office

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**   San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)      FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

### 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   **DEMAND $**   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   SIGNATURE OF ATTORNEY OF RECORD