PLAINTIFF/PETITIONER/MOVANT'S NAME *Eufemia Alamo Ramirez*

PRISON NUMBER *95287 198*

FILED

08 JUN -2 PM 12: 10

PLACE OF CONFINEMENT *San Diego Metropolitan Correctional Center*

BY: *tu* DEPUTY

ADDRESS *808 Union St.*
*San Diego, Ca. 92101*

# United States District Court
## Southern District Of California

**'08 CV 0976 WQH CAB**

*Eufemia Alamo Ramirez*      Plaintiff/Petitioner/Movant

v.

*Federal Bureau of Prisons*
*Western Regional*      Defendant/Respondent

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, *Eufemia Alamo Ramirez*
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑Yes    No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration *Metropolitan Correctional Center*
    Are you employed at the institution?          Yes ✓No
    Do you receive any payment from the institution?      Yes ✓No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22835\1

CR

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  *N/A*

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *1988*

*California Home Health Services*
*101 30th St., Suite A,*
*National City, Ca, 91950*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance    ☐ Yes ☒ No
   d. Disability or workers compensation    ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☒ Yes ☒ No
   e. Gifts or inheritances    ☐ Yes ☒ No
   f. Spousal or child support    ☐ Yes ☒ No
   g. Any other sources    ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. *Social security pension but discontinued*

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): *N/A*
   b. Present balance in account(s): *N/A*

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): *Paradise Vally Credit Union*
   b. Present balance in account(s): *$50.00*

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: *Toyota Pick up* Year: *2002* Model: *pick - up*
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? *0*

CIV-67 (Rev. 9/97)        -2-        ::ODMA\PCDOCS\WORDPERFECT\22835\1

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

   Yes    (No)

   If "Yes" describe the property and state its value. _____N/A_____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   $16,000.00

   Evelyn Schultz
   5865 W. 78th St.
   Los Angeles, Ca. 90045

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you __must__ explain the sources of funds for your day-to-day expenses.

    Dependent on my husband's SSA income and borrowing money from my daughter.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE May 26, 2008        _Eufemia Alamo Ramirez_
                              SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                    -3-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ Eufemia Ramirez _____,
(NAME OF INMATE)

_____ BOP # 95287-198 _____,
(INMATE'S CDC NUMBER)

has the sum of $ 3.04 ~~on account to his/her credit~~ at METROPOLITAN CORRECTIONAL CENTER
808 UNION ST.
SAN DIEGO, CA 92101
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____ Ø _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ 20.78 _____,

and the *average monthly deposits* to the applicant's account was $ 50.00 _____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT</u>
<u>STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD</u>
<u>IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____ 7-24-07 _____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____ Cesar R. Garcia _____
OFFICER'S FULL NAME (PRINTED)

_____ Counselor _____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                    -4-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Western Regional Office_
_7950 Dublin Boulevard, Third Floor_
_Dublin, California 94568_

DEC 13 2007

**VIA CERTIFIED MAIL**

Eufemia Ramirez
Reg. No. 95287-198
Metropolitan Correctional Center
808 Union Street
San Diego, CA 92101

Re:    Administrative Claim No. TRT-WXR-2007-05219

Dear Ms. Ramirez:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.  You seek $90,000.00 in compensation for alleged personal injury as a result of events at the Metropolitan Correctional Center, San Diego, California on June 26, 2006.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable. You have failed to establish that you have suffered a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied.  If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn
Regional Counsel

cc:    Warden
       MCC, San Diego

HWP/jmv