FILED

08 JUN -2 PM 12:10

BY: EC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Eufemia Alamo Ramirez  )
Plaintiff )   Civil No. '08 CV 0976 WQH CAB
 )
 )   REQUEST FOR APPOINTMENT OF
 )   COUNSEL UNDER THE CIVIL RIGHTS
v. )   ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
 )   DECLARATION IN SUPPORT OF
Federal Bureau of Prisons )   REQUEST
Western Regional Office )
Defendant )

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A.   my claim is meritorious (that is, I have a good case), and

   B.   I have made a reasonably diligent effort to obtain counsel, and

   C.   I am unable to find an attorney willing to represent me on terms that I can afford.

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ✓ Yes   ___ No

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)   1

1   IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2   COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3   AND C.
4       B.   Do you question the correctness of the Commission's "no reasonable cause"
5   determination?
6       ✓ Yes    ___ No
7       C.   If you answered "yes" to question 3B, what are your reasons for questioning the
8   Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9   repeat the allegations made in your complaint; the court will review your complaint in considering this
10  request for counsel.</u>

*See attached.*

28  (Attach additional sheets as needed)

Response to the Reason for
Denying Loss of Function of
My Left Forearm

Since the injury June 27, 2008 I lost some of the function of my left forearm due to pain and discomfort, and deformity very visible from any onlookers. I will favor this left arm all my life when I could have used both in full function if I did not fall and sustained fracture. Enclosed are medical write ups about the deformity and the continued use of pain medications. I would like to do away with pain medications which might not be healthy for my liver.

I cannot play volleyball anymore for fear I will hurt this broken left forearm neither can I lift anything without the fear of my arm not having the strength to do the job. I will be limited to play tennis with the use of my left arm.

I am a consultant and my

job required the use of both typewriter and computer. My left hand does not have the tolerance of using keys for longer period of time without stopping in between. This is my lifetime earning power and I will be financially effected with this handicap.

I disagree to any of the assumptions in the part of the Western Regional office without examination from the medical staff. Medical Team had continued to prescribe me pain medications.

To this end I am denying the reason for denying my claim submitted to Western Regional office. I am given a chance to sue for this reason.

Eugenia Alamo Ramirez
95787 198
Metropolitan Correctional Center
808 Union St.
San Diego, Ca., 92101

**Encounter Note** by Rina Jain MD (DOS: 08/18/2006)

**Ramirez, Eufemia**
    69 year old Female (DOB: 09/14/1936)

X-Ray

| Measure | Range | Units | 7/10/06 | 8/18/06 |
|---|---|---|---|---|
| X-Ray Type | | | | |
| X-Ray | | | R Wrist 2V | L Wrist 2 |

**Chief Complaint:**
**Onset Date:**    not entered

RAMIREZ, Eufemia   95787-198
08-18-06

DEBRA LACY, MD

AUG 23 2006

**CHIEF COMPLAINT:** Left wrist fracture.

**HISTORY OF PRESENT ILLNESS:** This patient is presently an inmate at Metropolitan Correctional Center of San Diego. Patient sustained an injury on 06-27-06. She has been followed by Dr. Jonathan Myer. Currently, she is in a cast, which we are removing today.

**CURRENT COMPLAINTS:** Continues to complain of some pain around the left wrist. Present intermittently, exacerbated with activity. Also complains of deformity.

**REVIEW OF SYSTEMS:**
General - No fever or chills.
Respiratory - Negative.

**PHYSICAL EXAMINATION:** Appears to be well, no distress, no agitation. Awake, alert and oriented to person, place, time.

Examination of left wrist out of cast shows that there are no skin abrasions. Has a very mild clinical deformity with radiation deviation, slight dorsal angulation. Can dorsiflex wrist 20 degrees, volar flex 10 degrees. Neurovascular status grossly intact.

**DIAGNOSTIC STUDIES:**
X-RAYS - I obtained x-rays AP lateral left wrist in my office today. These show that she had a left distal radius fracture, comminuted intraarticular. There is no articular displacement. There is some shortening by 3 mm at the distal radius. Slight loss of radial inclination. In addition, I do see a fracture line through the ulnar styloid, but this is incomplete. The fracture does appear to be healing compared to x-rays taken on 07-10-06. The distal radius has dorsal angulation of 10 degrees. X-rays from 07-10-06 had indicated neutral angulation of the distal radius articular surface on the lateral x-ray.

**DIAGNOSTIC IMPRESSION:**
    1.   Left distal radius, distal ulna fractures, mildly displaced with deformity.

**PLAN:** At this point, patient does not require immobilization. Clinically, her fracture has healed. When I examined her, she was not particularly tender over the wrist. I think that she does require mobilization with exercises and possibly physical therapy. Presently, is in custody. I am not sure if she will be able to have access to therapy. We have given her custody officers a copy of exercises that the patient can do on her own.

She does not require the use of a sling. I have carefully explained to the patient that immobilization with a sling and/or splint will lead to stiffness. I have also warned her that she will have a permanent deformity due to some slight angulation at the fracture site.

7/14/06 3:12 PM    From:    3..a D Jones    Page 2 of 3

ncounter Note by Jonathan J. Myer MD (DOS: 07/10/2006)

**Ramirez, Eufemia**
    69 year old Female (DOB: 09/14/1936)

X-Ray

| Measure | Range | Units | 7/10/06 |
|---|---|---|---|
| X-Ray Type | | | |
| X-Ray | | | R Wrist 2V |

**Chief Complaint:**
**Onset Date:**        not entered

RAMIREZ, Eufemia        95287-198
7        /        1        0        /        0        6

She is here today for followup of her left distal radius fracture. She's still having some wrist pain. She has been working on range of motion of her elbow and fingers. She denies any fever or chills.

**PHYSICAL EXAMINATION:** Left wrist: Short arm cast is in place. No signs of cast breakage. Pretty good range of motion at her digits.

**X-RAYS:** X-rays taken today in plaster show her minimally displaced distal radius fracture with intraarticular extension. There has been a little collapse, 1 mm of shortening, a little dorsal angulation, about neutral on the lateral x-rays.

**PLAN:** We went through the x-ray findings and the patient demonstrates understanding. I think she should do well with continued conservative treatment. We'll see her back in five weeks' time, sooner if there is a problem. At her next visit, we'll obtain x-rays, AP and lateral out of plaster.

JJM/kv


[Pending sign off by Jonathan J. Myer MD]

JUL 19 2006

er MD (DOS: 06/30/2006)

/1936)

*Eufemia Ramirez*

.ered

95287-198

COMPLAINT: Left distal radius fracture.

ORY OF PRESENT ILLNESS: The patient is an inmate at Metropolitan Correctional Center of San Diego. s here today in custody, status post slip and fall onto an outstretched left arm on 6/27/06. She reports he fell vard with her left arm and hand extended. She was seen and evaluated at the correctional facility, x-rays were , a splint was placed, and the patient was treated with ibuprofen and referred to orthopedics. She complains of in█elling. She denies any fever or chills. She denies any break in skin.

MEDICAL HISTORY: Hypertension, borderline diabetes, hypercholesterolemia, hypothyroidism.

SURGICAL HISTORY: Thyroidectomy.

EW OF SYSTEMS: The patient denies any heart, lung, liver or kidney problems. The rest of the review of is checklist was negative.

RGIES: She reports that blood pressure medications make her itchy. She is allergic to Bactrim and Lisinopril.

CATIONS: She's on triamterene. She was previously on a diabetic pill, but this made her hyperglycemic.

AL HISTORY: She denies smoking or drinking of alcohol.

ICAL EXAMINATION: The patient is 4'10", 126 lb. She's in no apparent distress. She's awake, alert and d x 3. Mood and affect are appropriate. The patient is cooperative.

rist: Soft tissue swelling is seen as well as some ecchymoses. No other gross angular deformity is appreciated. s tenderness to palpation at the distal radius. Decreased range of motion at her digits. She's neurovascularly listally.

S:█aken at an outside institution on 6/27/06 show a minimally displaced distal radius fracture with icular extension.

NOSIS: Distal radius fracture, intraarticularly extending.

The diagnosis, prognosis and therapeutic interventions for this problem were discussed in full with the patient. acture stays in its current position, it should do well in a short arm cast. She has enough decreased swelling, npartments, no signs of compartment syndrome that we can place a short arm cast today. She'll continue with elevation and start moving her digits on her own. We'll see her back in one week's time, sooner if there is a 1.

A. Tolentino, MD

JUL 1 4 2006
MCC SAN DIEGO

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

INMATE INJURY ASSESSMENT AND FOLLOWUP  
(Medical)

| # | Field | Entry |
|---|---|---|
| 1 | Institution | MCC SDC |
| 2 | Name of Injured | Fermin Eufemia |
| 3 | Register Number | 95287-198 |
| 4 | Injured's Duty Assignment | Unassigned |
| 5 | Housing Assignment | 5S |
| 6 | Date and Time of Injury | 6/27/06  1300 |
| 7 | Where Did Injury Happen | 5S |
| – | Work Related? | ☐ Yes  ☒ No |
| 8 | Date and Time Reported for Treatment | 6/27/06  1400 |

**9. Subjective:** (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

The floor was wet which I did not see I fell just on my side and used my forearm to brace my weight; I was flat on the floor with all my weight.

Eufemia Fermin — Signature of Patient

**10. Objective:** (Observations or Findings from Examination)

(+) Swelling on the (L) distal third of the Forearm (+) pain on movement of the (L) wrist

X-Rays Taken ___ Not Indicated ___  
X-Ray Results:

**11. Assessment:** (Analysis of Facts Based on Subjective and Objective Data)

R/O Fracture of the Wrist

**12. Plan:** (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

Splint applied, for X-ray (L) forearm. Motion foam on the 3rd & Tramadol 150 mg one tab x 5 d

**13. This Injury Required:**
- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (explain)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

V. [signature] — Signature of Physician or Physician Assistant  
VIRGILIO CAMAGAY, MLP  
MCC SAN DIEGO

A. Tolentino, MD  
JUL 1 4 2006  
MCC SAN DIEGO

Self Carboned Form – If ballpoint pen is used, PRESS HARD

Original – Medical File  
Canary – Safety  
Pink – Work Supervisor (Work related only)  
Goldenrod – Correctional Supervisor

METROPOLITAN CORRECTIONAL CENTER  
808 UNION STREET

San Diego Sports Medicine  
6719 Alvarado Rd #200  
San Diego, Ca. 92120  
Phone: (619)229-3932

**SAN DIEGO SPORTS MEDICINE & ORTHOPEDIC CENTER**

James A. Tasto, M.D.  
Steven Tradonsky, M.D.  
Fax: (619) 582-2860

_____ Correctional Facility

Phone#: _____

Fax#: _____

DATE: 8.18.06

PATIENT: Eufemia Ramirez #95287-198

DIAGNOSIS: (L) distal radius/ulna Fx

TREATMENT PLAN:
1. Physical therapy - (L) wrist ROM, strengthening
2. Ice packs (L) wrist p.r.n.

DEBRA LACY, MD

RETURN FOR FOLLOW-UP: 4 wks _____ months

AUG 23 2006

FOLLOW-UP X-RAYS: AP/Lat (L) wrist

MRI/CT: —

SURGERY: _____

Rina Jain, M.D.  
CA License #: A81238  
6719 Alvarado Rd, STE 200  
San Diego, CA 92120  
Phone: (619) 229-3932  
Fax: (619) 582-2860

*Prescribed but not provided.*

BP-S622.060 RADIOLOGIC CONSULTATION REQUEST/REPORT   CDFRM
JUL 99                                                                 FEDERAL BUREAU OF PRISONS
U.S. DEPARTMENT OF JUSTICE

| Patient Identification Name, Register Number, Institution | Age 69 | Sex F | Examination Requested X-ray (L) forearm |
|---|---|---|---|
| Ramirez, Eufemia 95287-198 D.O.B. 9-14-34 M.C.C. SAN DIEGO | Pregnant ___Yes X No | | |
| | Diabetic ___Yes X No | Unit | |
| | Requested by | Date Requested 6/27/06 | |

Specific reason(s) for request (complaints and findings)
Hx y fell with out stretch hand

| Date of Examination JUN 27 2006 | Date of Report 6/28/06 | Date of Transcription 6/28/06 | Film# 3 |
|---|---|---|---|

Radiologic Report
73090 LEFT FOREARM

**FINDINGS:** There is impacted Colles fracture with posterior angulation of the articular surface of the radius. There is overlying cast material.

**IMPRESSION:** Colles fracture with posterior angulation.

A. Tolentino, MD
JUL 1 4 2006
MCC SAN DIEGO

Signature Louis O'Shaughnessy, MD./sm

Location of Radiologic Facility
METROPOLITAN CORRECTIONAL CENTER
808 UNION ST   SAN DIEGO, CA   92101

Original - Medical Record; Copy - Physician; Copy - Radiology
This form replaces BP-S622 dtd AUG 96

1      4.    Have you talked with any attorney about handling your claim?

2          X  Yes         ____ No

3      If "YES," give the following information about <u>each</u> attorney with whom you talked:

4  Attorney: _Maxwell Agha_

5  When: _January 3, 2008_

6  Where: _At - 160 Thorn St., San Diego, Ca. 92103_

7  How (by telephone, in person, etc.): _Telephone_

8  Why attorney was not employed to handle your claim: _Stated he would_

9  _help me but as of today he had not_

10  _followed through in spite of many calls._

11

12  Attorney: _N/A_

13  When: _N/A_

14  Where: _N/A_

15  How (by telephone, in person, etc.): _N/A_

16  Why attorney was not employed to handle your claim:

17  _N/A_

18

19

20  Attorney: _N/A_

21  When: _N/A_

22  Where: _N/A_

23  How (by telephone, in person, etc.): _N/A_

24  Why attorney was not employed to handle your claim:

25  _N/A_

26

27

28  (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:42pm)     3

1  5. Explain any other efforts you have made to contact an attorney to handle your claim:
2  My husband also tried to discuss my
3  case with 3 different attorneys. These
4  attorneys refused to take my case.
5

6  6. Give any other information which supports your application for the court to appoint an
7  attorney for you: I was given 6 months to
8  file and my deadline is forth coming.
9

10
11
12  7. Give the name and address of each attorney who has represented you in the last 10 years
13  for any purpose: Atty. Gerard J. Wasson
14  406 Nineth Ave, Suite 205
15  San Diego, California, 92101
16
17  For: Extradition Case
18
19  (Attach additional sheets as needed)
20  8. I cannot afford to obtain a private attorney. The details of my financial situation are listed
21  below:
22      A.   Employment
23  Are you employed now?    ___ yes  ✓ no  ___ am self-employed
24  Name and address of employer: Not applicable
25
26
27
28

| | |
|---|---|
| 1 | If employed, how much do you earn per month? __N/A__ |
| 2 | If not employed, give month and year of last employment: __Approximately 20 years ago__ |
| 3 | How much did you earn per month in your last employment? __$3,000.00/mo__ |
| 4 | If married, is your spouse employed? __✓__ yes ___ no |
| 5 | If "YES," how much does your spouse earn per month? __$300.00/mo.__ |
| 6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly |
| 7 | income? __N/A__ |
| 8 | |
| 9 |     B.    Assets |
| 10 |         (i)    Other Income |
| 11 | Have you received within the past 12 months any income from a business, profession or other |
| 12 | form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity |
| 13 | payments or other sources? __✓__ yes ___ no |
| 14 | If "YES," give the amount received and identify the sources: |
| 15 |       $ Received           Source |
| 16 |       $10,800.00           SSA |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | As of March 18, 2008 it was discontinued. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | (Attach additional sheets as necessary) |

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? ✓ yes ___ no

If "YES," state total amount: $50.00

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ✓ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| N/A | N/A |

C. Obligations and Debts

(i) Dependents

Your marital state is: ___ single ✓ married ___ widowed, separated or divorced.

Your total number of dependents is: None

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment | |
|---|---|---|
| Dan N. Ramirez-Husband | $100.00 | food |
| Dan N. Ramirez-Husband | $1100.00 | rent |
| Dan N. Ramirez-Husband | 300.00 | utilities |

(ii)   Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: Maria Wiley | | $1000.00 |
| Mortgage on Home: None | | |

Others:

utilities - $300.00/month

Commissary expenses - $100.00 - Hygiene use, medications and medical fees.

9.   Signature  Eufemia Alamo Ramirez

I declare under penalty of perjury that the above is true and correct.

Dated: May 26, 2008

_Eufemia Alamo Ramirez_
Signature

(Notarization is not required)

# Social Security Administration
# Retirement, Survivors and Disability Insurance

Important Information



Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: May 12, 2008
Claim Number: 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A

000097582  02 SP   0.580   T350 T2R M04,0505,PC5,X,RI,BRE,105

EUFEMIA A RAMIREZ
8246 UNIVERSITY AVENUE
LA MESA CA 91941-3821

Based on the information we have, we cannot pay benefits beginning March 2008.

We cannot pay you because you are imprisoned for the conviction of a crime.

**Information About Medicare**

We will continue to charge a monthly premium for your medical insurance under Medicare.

We will send your first bill for the premiums within a month. Each bill after that will be for a 3-month period.

**Overpayment Information**

Since we did not stop your payments until May 2008, you were paid $2,246.80 too much in benefits.

Enclosure(s):
SSA-3105
Refund Envelope

C                                    See Next Page